No. 67694.—Brauner & Co. *v.* United States, protest 61/11695 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise is of American manufacture and that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained. *C. J. Tower & Sons* v. *United States* (33 Cust. Ct. 14, C.D. 1628) and *Berrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296), followed.

No. 67695.—National Silver Company *v.* United States, protests 61/4830 and 61/4831 (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

No. 67696.—Gimbel Bros., Inc. *v.* United States, protest 62/3979 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.